# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elizabeth M. Roush aka Betsy Roush<br>　　　　　　Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, National Association<br>　　　　　　Movant<br>　　vs.<br>Elizabeth M. Roush aka Betsy Roush<br>　　　　　　Debtor | NO. 17-10512 JKF |
| William C. Miller Esq.<br>　　　　　　Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 30th day of August, 2017 at ~~Philadelphia~~, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1706 Walnut Ridge, Pottstown, PA 19464 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies ~~including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed in lieu of foreclosure.~~ Additionally, any purchaser of the Property at Sheriff's Sale (or ~~purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property~~.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
　　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimon

Elizabeth M. Roush aka Betsy Roush
1706 Walnut Ridge Estate
Pottstown, PA 19464

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532