United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                              Case No. 17-10512-jkf
Elizabeth M. Roush                                                                                  Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: DonnaR                  Page 1 of 1                   Date Rcvd: Aug 31, 2017
                                Form ID: pdf900               Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
db         +Elizabeth M. Roush,   1706 Walnut Ridge Estate,   Pottstown, PA 19464-3087
           +KML Law Group PC,   ste 5000-BNY Mellon Independence Center,   701 Market Street,
             Philadelphia, Pa 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      JAMES RANDOLPH WOOD    on behalf of Creditor    Lower Pottsgrove Township Municipal Authority jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK N.A. bkgroup@kmllawgroup.com
      PAUL H. YOUNG    on behalf of Debtor Elizabeth M. Roush support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com
      REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK N.A. bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                          TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elizabeth M. Roush aka Betsy Roush<br>Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, National Association<br>Movant<br>vs.<br>Elizabeth M. Roush aka Betsy Roush<br>Debtor | NO. 17-10512 JKF |
| William C. Miller Esq.<br>Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 30th day of August, 2017, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1706 Walnut Ridge, Pottstown, PA 19464 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

United States Bankruptcy Judge.
Jean K. FitzSimon

Elizabeth M. Roush aka Betsy Roush
1706 Walnut Ridge Estate
Pottstown, PA 19464

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532