United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-10512-mdc
Elizabeth M. Roush                                                  Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 2              Date Rcvd: Nov 17, 2017
                              Form ID: pdf900           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2017.
db              +Elizabeth M. Roush,   1706 Walnut Ridge Estate,   Pottstown, PA 19464-3087
13855810        +Barclays Bank Delaware,   100 S West St,   Wilmington, DE 19801-5015
13855811        +Barclays Bank Delaware,   Po Box 8803,   Wilmington, DE 19899-8803
13855813        +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
13855812        +Chase Card,   Attn: Correspondence,   Po Box 15298,   Wilmington, DE 19850-5298
13855814        +Chase Mortgage,   3415 Vision Dr,   Columbus, OH 43219-6009
13855815        +Chase Mortgage,   P.o. Box 24696,   Columbus, OH 43224-0696
13855817        +Citizens Bank,   480 Jefferson Blvd,   Warwick, RI 02886-1359
13855816        +Citizens Bank,   Attn: Bankruptcy,   443 Jefferson Blvd Ms Rjw-135,   Warwick, RI 02886-1321
13876564        +Citizens Bank N.A.,   1 Citizens Drive Mailstop ROP15B,   Riverside, RI 02915-3019
13855819        +Comenity Bank/Lane Bryant,   4590 E Broad St,   Columbus, OH 43213-1301
13855818        +Comenity Bank/Lane Bryant,   Po Box 182125,   Columbus, OH 43218-2125
13855820         Elan Financial Service,   Attn: Bankruptcy,   4 Station Square  Ste 620,   Pittsburgh, PA 15219
13939710        +JPMorgan Chase Bank, National Association,   Attn: Correspondence Mail,   Mail Code LA4-5555,
                  700 Kansas Lane,   Monroe LA 71203-4774
13892581        +Lower Pottsgrove Township Municipal Authority,   c/o Portnoff Law Associates, Ltd.,
                  P.O. Box 3020,   Norristown, PA 19404-3020
13855823        +TekCollect Inc,   871 Park St,   Columbus, OH 43215-1441
13855822        +TekCollect Inc,   Po Box 1269,   Columbus, OH 43216-1269
13855821       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court:  Elan Financial Service,   Po Box 108,   Saint Louis, MO 63166)
13936748         Wells Fargo Bank, N.A.,   PO Box 10438,   Des Moines, IA 50306-0438
13855824        +Wells Fargo Home Projects Visa,   Written Correspondence Resolutions,
                  Mac#X2302-04c Po Box 10335,   Des Moines, IA 50306-0335
13855825        +Wells Fargo Home Projects Visa,   Po Box 94498,   Las Vegas, NV 89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Nov 18 2017 01:30:32     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 18 2017 01:29:44
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 18 2017 01:30:16     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2017 01:31:48     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13869938         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 18 2017 01:31:43
                  PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13899850         E-mail/Text: bnc-quantum@quantum3group.com Nov 18 2017 01:29:23
                  Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13930787        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 18 2017 01:42:50     Verizon,
                  by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13900889         Brian C. Nicholas, Esquire,   JP Morgan Chase National,   Thomas Puleo, Esquire,
                  KML Law Group, P.C.,   701 Market Street, Suite 5000 Philadelph
cr*             +Lower Pottsgrove Township Municipal Authority,   c/o Portnoff Law Associates, Ltd.,
                  P.O. Box 3020,   Norristown, PA 19404-3020
                                                                                                TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: DonnaR                 Page 2 of 2                   Date Rcvd: Nov 17, 2017
                              Form ID: pdf900              Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Lower Pottsgrove Township Municipal Authority
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK N.A. bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Elizabeth M. Roush support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK N.A. bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: ELIZABETH ROUSH : Chapter 13
 :
Debtor(s). : Bankruptcy No. 17-10512-MDC

## ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).

Dated: 11/16/17

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE